# UNITED STATES DISTRICT COURT

# DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No. 14-344 (8)(JRT/TNL) |
| Plaintiff, | |
| v. | **ORDER** |
| SAMUEL GAYAH KARMO, | |
| Defendant. | |

Erica H. MacDonald, United States Attorney, and Lola Velazquez-Aguilu, Assistant United States Attorney, **OFFICE OF THE UNITED STATES ATTORNEY**, 300 South Fourth Street, Suite 600, Minneapolis, MN 55415, for plaintiff.

Samuel Gayah Karmo, 18265-041, FCI Allenwood Medium, P.O. Box 2000, White Deer, PA 17887, *pro se* defendant.

Defendant has filed a pro se Motion for Writ of Certiorari with the Court [Docket No. 1592]. If Defendant's purpose in filing the motion was to obtain review of the Eighth Circuit's denial of his appeal, he must follow United States Supreme Court Rules 12 and 13 to properly seek a Writ of Certiorari.

To the extent that this motion can be construed as an attempt to seek post-conviction review of Defendant's sentence under 28 U.S.C. § 2255, Defendant has incorrectly done so. For assistance in filing a motion pursuant to 28 U.S.C. § 2255, Defendant may consult the form "Motion to Vacate, Set Aside, or Correct a Sentence by a Person in Federal Custody."

Based on the foregoing, and all of the records, files and proceedings herein,

**IT IS HEREBY ORDERED** that:

1. Defndant's Motion for Writ of Certiorari [Docket No. 1592] is **DENIED**.

2. The Clerk of Court is directed to mail Samuel Karmo a copy of this order, with an attached copy of the pro se form "Motion to Vacate, Set Aside, or Correct a Sentence by a Person in Federal Custody."

DATED:  August 20, 2018         s/John R. Tunheim_____
at Minneapolis, Minnesota.         JOHN R. TUNHEIM
       Chief Judge
       United States District Court